DELIA WEINCKIE, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued April 26, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 11, 1891, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial without a jury.

*R. A. Parmenter* for appellant.

*S. W. Jackson* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

---

JOHN STORM et al., Respondents, *v.* PHENIX INSURANCE COMPANY of Brooklyn, N. Y., Appellant.

(Argued April 26, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department entered upon an order made July 7, 1891, which affirmed a judgment in favor of plaintiffs entered upon the verdict of a jury and also affirmed an order denying a motion for a new trial.

*A. H. Sawyer* for appellant.

*Watson M. Rogers* for respondents.

Agree to affirm; no opinion.
All concur, except ANDREWS, J., not voting
Judgment affirmed.